AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
MAY 20 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:21-MJ-408 |
| ANTHONY JONES JR. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 19, 2021__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(u) | Theft from a Federal Firearms Licensee |
| 18 U.S.C. § 922(j) | Possession of Stolen Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Aaron Loving / ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 05/20/2021

_Judge's signature_

City and state: Sherman, Texas

Christine A. Nowak, U.S. Magistrate Judge
_Printed name and title_