IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 4:21MJ408 |
| v. | § § § | |
| ANTHONY JONES, JR. | § § § | |

## ORDER

The Defendant's initial appearance was held on May 20, 2021. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on May 20, 2021. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, ANTHONY JONES, JR., should be held over to answer to the grand jury.

**IT IS SO ORDERED**.

Signed May 20, 2021.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE